IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 1999-06 |
| ) | |
| IRVINE HODGE, JR., ) | |
| ) | |
| DEFENDANT ) | |
| ) | |
| _____ ) | |

## MOTION TO SEAL DOCUMENTS

COMES NOW, the United States of America, by and through the United States Attorney for the District of the Virgin Islands and hereby moves this Honorable Court for an order sealing certain documents in the above captioned action.

Dated:  December 1, 2011                RONALD W. SHARPE
                                         UNITED STATES ATTORNEY

                                  By:    /s/NELSON L. JONES
                                         Nelson L. Jones
                                         Assistant U.S. Attorney
                                         United States Attorney's Office
                                         United States Courthouse &
                                           Federal Building
                                         5500 Veterans Drive, Suite 260
                                         St. Thomas, Virgin Islands 00802-6424
                                         Nelson.Jones@usdoj.gov

*US v Irvine Hodge, Jr., Crim. No. 1999-06*
*Motion to Seal*
Page 2

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of December 2011, I electronically filed the foregoing **MOTION TO SEAL** with the Clerk of the District Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Darren John-Baptiste, Esq.
2329 Commandant Gade, Unit 3
St. Thomas, VI 00802
thepracticepllc@hotmail.com
darrenjohnbaptiste@yahoo.com

/s/NELSON L. JONES
Nelson L. Jones
Assistant U.S. Attorney
United States Attorney's Office
United States Courthouse &
  Federal Building
5500 Veterans Drive, Suite 260
St. Thomas, Virgin Islands 00802-6424
Nelson.Jones@usdoj.gov

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1999-06 |
| ) | |
| IRVINE HODGE, JR., ) | |
| DEFENDANT ) | |
| ) | |
| _____ ) | |

### ORDER

Upon consideration of the Government's Motion to Seal in the above captioned matter, and the court being duly satisfied in the premises, it is hereby

**ORDERED** that the motion in the above captioned matter is **SEALED**.

Dated:

_____
CURTIS V. GOMEZ
CHIEF JUDGE