DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IRVINE HODGE, )<br>)<br>Defendant. )<br>) | Case No. 3:99-cr-0006 |

### ORDER

**BEFORE THE COURT** is the renewed motion of Irvine Hodge for compassionate release, filed on August 11, 2020. ECF No. 347. For the reasons outlined in the Memorandum Opinion of even date, it is hereby

**ORDERED** that Irvine Hodge's motion for compassionate release, ECF No. 347, is **DENIED**.

**Dated:** October 2, 2020

*s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**District Judge**