DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:99-cr-0006 |
| IRVINE HODGE, JR. | ) |
| Defendant. | ) |

ORDER OF CRIMINAL APPOINTMENT

**BEFORE THE COURT** is Irvine Hodge, Jr.'s ("Hodge") motion for appointment of counsel, filed January 20, 2021. (ECF no. 363.) The Court will grant the motion.

**IT IS ORDERED** that Darren John-Baptiste, Esq. is hereby appointed, January 25, 2021, to represent Hodge with respect to his § 2255 motion. (ECF No. 364.) The Defendant is presently detained.

**IT IS FURTHER ORDERED** that the Office of the United States Marshal shall serve any and all processes in connection with the above-captioned matter.

Dated: January 25, 2021                     /s/ *Robert A. Molloy*
                                            Robert A. Molloy
                                            DISTRICT JUDGE