DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:16-cr-0039 |
| ) | |
| IRVINE HODGE, JR. ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

**BEFORE THE COURT** is Irvine Hodge's ("Hodge") *pro se* motion to vacate judgment, filed on September 15, 2020. (ECF No. 364.) Also before the Court is a letter from Hodge, which the Court construes as a motion to appoint new counsel. (ECF No. 383 at 1.)

On January 25, 2021, the Court appointed CJA attorney Darren John-Baptiste, Esq. to represent Irvine in his motion to vacate judgment under 28 U.S.C. § 2255. (ECF No. 365.) To date, Attorney John-Baptiste has not filed anything in support of his client's motion. Further, Hodge states that he "has not received any communication via phone or email from Mr. John-Baptiste informing defendant that appointed counsel is representing the defendant."

These premises considered, it is hereby

**ORDERED** that, **no later than October 25, 2021**, Attorney John-Baptist **SHALL** file a supplemental brief in support of Irvine Hodge's motion to vacate judgment, ECF No. 364, and in response to the United States' opposition, ECF No. 382; it is further

**ORDERED** that, if Attorney John-Baptiste does not intend to file anything on behalf of his client, Irvine Hodge, Jr., he **SHALL** notify the Court **no later than October 8, 2021.**

Dated: October 4, 2021　　　　　　　　　　　　/s/ *Robert A. Molloy*
　　　　　　　　　　　　　　　　　　　　　　ROBERT A. MOLLOY
　　　　　　　　　　　　　　　　　　　　　　Chief Judge